Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
Bernadette Rigo (Bar No. 7882)
brigo@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

*Counsel for Defendant Trans Union LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CAGUICLA,<br><br>              Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and COMENITY BANK,<br><br>              Defendants. | Case No. 2:24-cv-00055-ART-EJY<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

COMES NOW Defendant Trans Union LLC ("Trans Union"), by and through its counsel, and files this Unopposed Motion Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

1.     Trans Union was served with a copy Plaintiff's Complaint (the "Complaint") on January 16, 2024. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is February 6, 2024.

2.     On January 31, 2024, counsel for Trans Union contacted Plaintiff's counsel via email regarding an extension within which to file a response to the Compliant and counsel consented to a 21-day extension.

1

3. Trans Union requires additional time to locate and assemble the documents relating to Plaintiff's allegations, any additional disputes submitted to Trans Union, and the necessary time to fully investigate the allegations and claims raised by Plaintiff's Complaint and prepare its response.

4. This Motion is made in good faith and not for the purposes of delay. The additional time will allow Trans Union to assess the allegations contained in Plaintiff's Complaint, review its records pertaining to the underlying accounts associated with Plaintiff's claims against Trans Union, and prepare its response.

WHEREFORE, Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including February 27, 2024. This is the first request for an extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 6th day of February 2024.

SKANE MILLS LLP

/s/ Bernadette Rigo
Sarai L. Thornton, Esq. (Bar No. 11067)
Bernadette Rigo (Bar No. 7882)
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 363-2535
*Counsel for Trans Union LLC*

## ORDER

IT IS SO ORDERED.

Dated this __6th__ day of __February__ 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**

2