LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com

*Attorneys for Defendant Comenity Capital Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CAGUICLA,<br><br>               Plaintiff,<br>  vs.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and COMENITY BANK,<br><br>               Defendants. | Case No: 2:24-CV-00055-ART-EJY<br><br>**JOINT UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT COMENITY CAPITAL BANK TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, Defendant Comenity Capital Bank ("Comenity") and Plaintiff Maria Caguicla ("Plaintiff"), by and through their respective counsel, request that the Court grant their Joint Unopposed Motion to Extend the Time for Comenity to answer or otherwise respond to Plaintiff's Complaint. In support of this Motion, the parties stipulate as follows:

1. The Complaint was served on Comenity on January 10, 2024.

2. Comenity's current deadline to respond to the Complaint was January 31, 2024.

3. Comenity hired new counsel, Joe Garin of Lipson Neilson, on February 5, 2024.

4. The parties met and conferred about the extension of time to respond to the Complaint and agreed that Comenity's deadline to respond to the Complaint shall be extended to March 1, 2024.

5. There have been no prior extensions of Comenity's deadline to respond to the Complaint.

6. Accordingly, the parties respectfully and jointly request that the Court extend the deadline for Comenity to answer or otherwise respond to the Complaint to March 1, 2024.

DATED: February 14, 2024                LIPSON NEILSON P.C.

By: _____
Joseph P. Garin, Esq.
Nevada Bar No. 6653
9900 Covington Cross Dr.
Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant*
*Comenity Capital Bank*

DATED: February 14, 2024                FREEDOM LAW FIRM, LLC

By: */s/ Gerardo Avalos*
Gerardo Avalos, Esq.
Nevada Bar No. 15171
8985 South Eastern Avenue,
Suite 100
Las Vegas, NV 89123

*Attorney for Plaintiff Maria Caguicla*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: February 14, 2024